IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:18-CR-00025-D

UNITED STATES OF AMERICA :
:
v. :
:
ANTONIO RISHAWN TAYLOR :
a/k/a "Bliz" :

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on June 15, 2020, and the defendant's guilty plea to an offense in violation of 18 U.S.C. § 922(g)(1), the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d), to wit:

(a) .32 caliber ammunition seized on October 5, 2017.

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3).

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement, all of the Defendant's interest in the identified personal property listed herein are herewith forfeited to the United States for disposition according to law, including destruction.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is DIRECTED to incorporate a reference to this Order of

1

Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

SO ORDERED, this 21 day of September, 2020.

J. Dever
JAMES C. DEVER III
United States District Judge